# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL MINUTE ORDER

| | |
|---|---|
| **Case No.:** 16-cr-00344-JCS-1 | **Case Name:** USA v. David Allen Hobley (not present, appearance waived, no custody) |
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: December 9, 2016    **Time:** 4 M |

**Attorney for Plaintiff:** Helen Gilbert
**Attorney for Defendant:** Ryan McHugh, retained
**Interpreter:** NA
**US Pretrial Officer:** NA
**US Probation Officer:** NA
 **Deputy Clerk:** Karen Hom          **Court Reporter:** FTR 10:58-11:00 & 11:13-11:15

## PROCEEDINGS

1. Status Conference - Held

## ORDERED AFTER HEARING


**NOTES:**

**CASE CONTINUED TO:**

**EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT:** Stipulated Exclusion Order signed in open  Court.

**PRETRIAL SCHEDULE:**
**Number of Depos:**                    **Discovery Cutoff:**
**Expert Disclosure:**                    **Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing:**     at 9:30 AM
**Pretrial Conference:**  03/24/17 at 2:00 PM
**Trial: 04/03/17 a**t 8:30 AM for 3 days [X]  Jury  [ ]  Court

**Order to be prepared by:**
[ ] Plaintiff          [ ] Defendant          [X] Court          [ ] Probation
**cc:**